UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HOEPPNER, DANIEL J § Case No. 12-34784
HOEPPNER, COLLEEN R §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/05/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/01/2013                  By: Kenneth S. Gardner
                                                                 Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
HOEPPNER, DANIEL J                    §    Case No. 12-34784
HOEPPNER, COLLEEN R                   §
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 155,234.54 |
| and approved disbursements of | $ | 43,704.99 |
| leaving a balance on hand of[1] | $ | 111,529.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 9,511.73 | $ 0.00 | $ 9,511.73 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 547.93 | $ 0.00 | $ 547.93 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 6,047.50 | $ 0.00 | $ 6,047.50 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: JOSEPH R. VOILAND | $ 11.75 | $ 0.00 | $ 11.75 |

|   |   |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 16,411.91 |
| Remaining Balance | $ 95,117.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 250,842.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | US BANK NA | $ 12,072.97 | $ 0.00 | $ 4,577.98 |
| 000002 | First American Title Insurance Company | $ 218,626.47 | $ 0.00 | $ 82,901.56 |
| 000003 | Capital Recovery V, LLC | $ 881.94 | $ 0.00 | $ 334.43 |
| 000004 | Sallie Mae | $ 14,941.96 | $ 0.00 | $ 5,665.88 |
| 000005 | Sallie Mae | $ 4,319.15 | $ 0.00 | $ 1,637.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 95,117.64 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 945.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | eCAST Settlement Corporation, assignee | $ 945.97 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $               0.00

Remaining Balance     $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                                             Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 12-34784-CAD
Daniel J Hoeppner                                                 Chapter 7
Colleen R Hoeppner
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2          Date Rcvd: Aug 02, 2013
                              Form ID: pdf006             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2013.
db/jdb        #+Daniel J Hoeppner,    Colleen R Hoeppner,    578 Four Seasons Blvd.,    Aurora, IL 60504-4398
19482550      +CHASE,   PO BOX 15298,    WILMINGTON DE 19850-5298
19713523      +First American Title Insurance Company,    c/o Lillig & Thorsness Ltd,    1900 Spring Road, Ste 200,
                Oak Brook, IL 60523-1479
19389776      +First American Title Insurance Company,    27775 Diehl Road,    Warrenville, IL 60555-4024
19482554      +Rush Copley Medical Center,    POB 352,   Aurora IL 60507-0352
19467867     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK NA,    BANKRUPTCY DEPARTMENT,    PO BOX 5229,
                 CINCINNATI, OH 45201-5229)
19482549      +Wells Fargo,   PO BOX 1697,    WINTERVILLE NC 28590-1697
20087307       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356698       E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:26:31      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19726677       E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:27:23      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19482552      +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2013 00:47:26      GECRB/LENSCRAFTERS,    PO BOX 981439,
                EL PASO TX 79998-1439
19482553      +E-mail/Text: bnc@nordstrom.com Aug 03 2013 00:21:27     NORDSTROM FSB,   PO BOX 6555,
                ENGLEWOOD CO 80155-6555
20356699       E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2013 00:26:31
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
19482555      +E-mail/PDF: pa_dc_claims@salliemae.com Aug 03 2013 00:27:27      SALLIE MAE,    PO BOX 9500,
                WILKES BARRE PA 18773-9500
19878142      +E-mail/PDF: pa_dc_claims@salliemae.com Aug 03 2013 00:27:27      Sallie Mae,    c/o Sallie Mae,
                220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19482551*     +First American Title Insurance,    Company,   27775 Diehl Road,    Warrenville IL 60555-4024
19482556*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK/NA ND,    4325 17TH AVE S,    FARGO ND 58125)
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2013**               **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Aug 02, 2013
                               Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2013 at the address(es) listed below:

```
              Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Joseph  Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert A. Habib    on behalf of Debtor Daniel J Hoeppner robert_habib@hotmail.com
              Robert A. Habib    on behalf of Joint Debtor Colleen R Hoeppner robert_habib@hotmail.com
              Russell R Custer, JR    on behalf of Creditor   First American Title Insurance Company
               rcuster@lilliglaw.com
              Russell R Custer, JR    on behalf of Defendant   First American Title Insurance Company
               rcuster@lilliglaw.com
                                                                                             TOTAL: 10
```