# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
HOEPPNER, DANIEL J                  §        Case No. 12-34784
HOEPPNER, COLLEEN R                 §
                                    §
        Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| closing costs | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | FIRST AMERICAN TITLE INSURANCE COMP | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE | | | | | |
| 000001 | US BANK NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-34784 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HOEPPNER, DANIEL J | | | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | HOEPPNER, COLLEEN R | | | 341(a) Meeting Date: | 09/25/12 |
| For Period Ending: | 12/10/13 | | | Claims Bar Date: | 02/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 578 Four Seasons Blvd. | 98,000.00 | 68,000.00 | | 95,000.00 | FA |
| 2. real estate - 2637 N. Spuce River Grove, Illinois | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. checking account- Chase Bank | 60,233.76 | 60,233.76 | | 60,234.54 | FA |
| 5. checking account - Chase Bank | 761.01 | 761.01 | DA | 0.00 | FA |
| 6. savings account - Chase Bank | 8,378.73 | 378.73 | DA | 0.00 | FA |
| 7. Household Goods | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 8. Books / Collectibles | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Furs and Jewelry | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11. fishing equipment and camcorder | 150.00 | 150.00 | DA | 0.00 | FA |
| 12. Insurance Policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 401 (K) John Hancock | 17,616.08 | 0.00 | DA | 0.00 | FA |
| 14. 401 (K) JP Morgan Chase | 10,664.51 | 0.00 | DA | 0.00 | FA |
| 15. 401 (K) New York Life | 30,413.73 | 0.00 | DA | 0.00 | FA |
| 16. savings bond | 100.00 | 100.00 | DA | 0.00 | FA |
| 17. 1996 Honda Shadow | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 18. 2002 Toyota Camry | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 19. 2008 Dodge Charger | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 20. home computer | 300.00 | 300.00 | DA | 0.00 | FA |
| 21. miscellaneous tools | 3,500.00 | 500.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $251,467.82 $138,523.50 $155,234.54 $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-34784    RG    Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | HOEPPNER, DANIEL J | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | HOEPPNER, COLLEEN R | 341(a) Meeting Date: | 09/25/12 |
| | | Claims Bar Date: | 02/19/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/13    Current Projected Date of Final Report (TFR): 09/15/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-34784 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | HOEPPNER, DANIEL J | | Bank Name: | Congressional Bank |
| | HOEPPNER, COLLEEN R | | Account Number / CD #: | *******9074 Checking Account |
| Taxpayer ID No: | *******2839 | | | |
| For Period Ending: | 12/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/12 | 4 | Chase Bank | | 1129-000 | 60,234.54 | | 60,234.54 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 57.76 | 60,176.78 |
| 05/22/13 | 1 | Fidelity National Title, LLC | | | 51,556.37 | | 111,733.15 |
| | | FIDELITY NATIONAL TITLE, LLC | Memo Amount: 95,000.00 gross sale proceeds | 1210-000 | | | |
| | | | Memo Amount: ( 30,000.00 ) homestead exemption | 8100-002 | | | |
| | | | Memo Amount: ( 5,610.00 ) real estate commission | 3510-000 | | | |
| | | | Memo Amount: ( 7,833.63 ) closing costs | 2500-000 | | | |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 61.81 | 111,671.34 |
| 05/31/13 | | internal adjustment | to correct 06/01/13 entry | 9999-000 | | 63.90 | 111,607.44 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 63.90 | 111,543.54 |
| 06/01/13 | | Congressional Bank | bank service fee-incorrect entry | 9999-000 | 63.90 | | 111,607.44 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 77.89 | 111,529.55 |
| 07/31/13 | | CB | bank service fees | 9999-000 | | 114.59 | 111,414.96 |
| 09/05/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 9,511.73 | 101,903.23 |
| 09/05/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 547.93 | 101,355.30 |
| 09/05/13 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 6,047.50 | 95,307.80 |
| 09/05/13 | 001004 | JOSEPH R. VOILAND | | 3120-000 | | 11.75 | 95,296.05 |
| 09/05/13 | 001005 | Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | | 2700-000 | | 293.00 | 95,003.05 |

Page Subtotals  111,854.81  16,851.76

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-34784 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | HOEPPNER, DANIEL J | Bank Name: | Congressional Bank |
| | HOEPPNER, COLLEEN R | Account Number / CD #: | *******9074  Checking Account |
| Taxpayer ID No: | *******2839 | | |
| For Period Ending: | 12/10/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/05/13 | 001006 | US BANK NA<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | | 7100-000 | | 4,577.98 | 90,425.07 |
| 09/05/13 | 001007 | First American Title Insurance Company<br>c/o Lillig & Thorsness Ltd<br>1900 Spring Road, Ste 200<br>Oak Brook, IL 60523 | | 7100-000 | | 82,901.56 | 7,523.51 |
| 09/05/13 | 001008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 334.43 | 7,189.08 |
| 09/05/13 | 001009 | Sallie Mae<br>c/o Sallie Mae<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | | 7100-000 | | 5,665.88 | 1,523.20 |
| 09/05/13 | 001010 | Sallie Mae<br>c/o Sallie Mae<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | | 7100-000 | | 1,637.79 | -114.59 |
| 10/31/13 | | cb | service fee refunds | 9999-000 | 234.18 | | 119.59 |
| 10/31/13 | | cb | overdraft fee | 9999-000 | | 5.00 | 114.59 |
| 12/10/13 | | cb | reversal of over credit | 9999-000 | | 114.59 | 0.00 |

Page Subtotals        234.18        95,237.23

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-34784 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | HOEPPNER, DANIEL J | | Bank Name: | Congressional Bank |
| | HOEPPNER, COLLEEN R | | Account Number / CD #: | *******9074  Checking Account |
| Taxpayer ID No: | *******2839 | | | |
| For Period Ending: | 12/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 95,000.00 | COLUMN TOTALS | | 112,088.99 | 112,088.99 | 0.00 |
| | | Memo Allocation Disbursements: | 43,443.63 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 112,088.99 | 112,088.99 | |
| | | Memo Allocation Net: | 51,556.37 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 112,088.99 | 112,088.99 | |
| | | Total Allocation Receipts: | 95,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 43,443.63 | Checking Account - *******9074 | 112,088.99 | 112,088.99 | 0.00 |
| | | Total Memo Allocation Net: | 51,556.37 | | 112,088.99 | 112,088.99 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*